## United States District Court

**NORTHERN DISTRICT OF TEXAS**
1100 COMMERCE, ROOM 1572
DALLAS, TEXAS 75242

TELEPHONE (214) 753-2420

CHAMBERS OF
**JUDGE BARBARA M.G. LYNN**

September 11, 2009

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Dear Sir or Madam:

In response to the letter dated September 3, 2009 from Bobby Baldock, Chair of the Committee on Financial Disclosure, I am providing below the additional information requested.

In Part VII, page 10, lines 89 and 90, page 15, lines 172, 174 and 175, page 17, lines 212, 213, 218, and 220, page 22, lines 303 and 305, and page 25, line 348, the word "None" should be listed in Column B(2).

The investment listed in Part VII, page 10, lines 100 and 101 of my prior report was a ███ account ███████████████████████ school expenses. She closed it about a year or more ago.

The investment listed in Part VII, page 21, line 275 of my prior report was sold during the 2007 reporting year and was inadvertently left off of the report. There should be an additional entry listed as: Schwab Cash Reserve, Column B(2) None, Column D(1) Sell, Column D(2) 11/2, and Column D(3) L.

Pursuant to your instructions, I have enclosed three copies of this response. Please let me know if any additional information is needed.



BMGL/jlf
Enclosures

**Lynn, Barbara M**

AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

Report Required by the Ethics
in Government Act of 1978
(5 U.S C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Lynn, Barbara M. | 2. Court or Organization<br><br>U.S.D.C.-No. District of Texas | 3. Date of Report<br><br>08/04/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Active Federal Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>1100 Commerce St., Room 1572<br>Dallas, TX 75242 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member | Executive Board, Southern Methodist University Dedman School of Law |
| 2. Board Member, President | International Womens Forum - Dallas |
| 3. Executive Committee | Patrick Higginbotham Inn of Court |
| 4. Trustee | Trust #1 (Dallas, Texas)(Income and Principal Beneficiary) |
| 5. Chair | Judicial Division of the American Bar Association |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2009 AUG 10 A 9:55 RECEIVED FINANCIAL DISCLOSURE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2008 | Michael P. Lynn P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions )*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Colorado State Bar | January 2-6, 2008 | Vail., CO | IP Conference | Transportation, meals, hotel |
| 2. | ABA | February 6-11, 2008 | Los Angeles, CA | Midyear Mtg | Transportation, meals, hotel |
| 3. | ABA | April 15-19, 2008 | Washington, DC | Litigation Annual Mtg | Transportation, meals, hotel |
| 4. | ABA | April 24-28, 2008 | New York, NY | SCFJI Planning Mtg | Transportation, meals, hotel |
| 5. | ABA | April 28-29, 2008 | Chicago, IL | Litigation Search Mtg | Transportation, meals, hotel |
| 6. | ABA | April 30-May 4, 2008 | New Orleans, LA | JD Planning Mtg | Transportation, meals, hotel |
| 7. | Federal Circuit | May 14-16, 2008 | Washington, DC | Fed. Cir. Jud. Conf. | Transportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

| | | | | |
|---|---|---|---|---|
| 8. ABA | June 18-22, 2008 | Jackson Hole, WY | Leadership Mtg | Transportation, meals, hotel |
| 9. SBOT | June 26-28, 2008 | Houston, TX | Intellectual Prop. Mtg | Transportation, meals, hotel |
| 10.ABA | August 6-10, 2008 | New York, NY | Annual Mtg | Transportation, meals, hotel |
| 11 ABA | September 17-21, 2008 | Chicago, IL | SOC Fall Mtg | Transportation, meals, hotel |
| 12 ABA | September 22, 2008 | Chicago, IL | Task Force Mtg | Transportation, meals, hotel |
| 13 ABA | December 4, 2008 | Atlanta, GA | Access to Justice Symp | Trasnportation, meals, hotel |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Linda and Mitch Hart | Symphony Tickets-gala for new conductor | $846.00 |
| 2. St. John Boutique | Complimentary suit furnished to no. of store clients. Listed amount is ret ail value. | $2,055.00 |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Schwab & Vanguard Account #1 (includes 2-86) | | | | | | | | | |
| 2. -Ishares TR S&P GSSI Nat Res Index | B | Dividend | | | Sold | 9/16 | N | A | |
| 3. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/4 | J | | |
| 4. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | L | | |
| 5. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | L | | |
| 6. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | L | | |
| 7. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | M | | |
| 8. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | L | | |
| 9. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | L | | |
| 10. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | M | | |
| 11. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | L | | |
| 12 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | L | | |
| 13 -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 1/28 | J | | |
| 14. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/7 | L | | |
| 15. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/7 | K | | |
| 16. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/7 | K | | |
| 17. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | L | | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | K | | |
| 19. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | K | | |
| 20. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 4/28 | J | | |
| 21 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 5/15 | K | | |
| 22. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | L | | |
| 23 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | K | | |
| 24. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | L | | |
| 25. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | K | | |
| 26. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/26 | L | | |
| 27. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/26 | K | | |
| 28 -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/27 | J | | |
| 29 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/15 | L | | |
| 30. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/15 | K | | |
| 31 -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 7/28 | J | | |
| 32 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 8/15 | L | | |
| 33 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 8/15 | K | | |
| 34. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 9/15 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 9/19 | N | | |
| 36. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 9/22 | M | | |
| 37. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 9/22 | M | | |
| 38. -Vanguard Prime Money Mkt Fund | E | Dividend | | | Sold | 9/22 | K | | |
| 39. -Vanguard Ins LT Tax Ex Adm | | | | | Sold (part) | 11/18 | L | | |
| 40. -Vanguard Ins LT Tax EX Adm | D | Dividend | | | Sold | 12/12 | O | A | Merger |
| 41. -Vanguard Long Term TE Adm | | | | | Buy | 12/12 | O | | Merger |
| 42. -Vanguard Long Term TE Adm | B | Dividend | O | T | | | | | |
| 43. -Vanguard Int. Tax Ex Adm | | | | | Redeemed (part) | 10/27 | J | | |
| 44. -Vanguard Int. Tax Ex Adm | | | | | Sold (part) | 11/18 | K | | |
| 45. -Vanguard Int. Tax Ex Adm | | | | | Sold (part) | 11/18 | L | | |
| 46. -Vanguard Int. Tax Ex Adm | F | Dividend | P1 | T | | | | | |
| 47 -Vanguard Ext. Mkt Idx Adm | | | | | Buy | 11/18 | L | | |
| 48. -Vanguard Ext. Mkt Idx Adm | | | | | Buy (add'l) | 11/18 | L | | |
| 49. -Vanguard Ext. Mkt Idx Adm | B | Dividend | M | T | | | | | |
| 50 -Vanguard 500 Idx Adm | C | Dividend | N | T | Buy | 11/28 | N | | |
| 51. -Vanguard Tlt Int Index | | | | | Buy | 1/15 | L | | |

| 1 Income Gam Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 1/22 | L | | |
| 53. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 1/23 | L | | |
| 54. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 3/7 | K | | |
| 55. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 4/15 | K | | |
| 56. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/11 | L | | |
| 57. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/20 | L | | |
| 58. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/26 | L | | |
| 59. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 7/15 | L | | |
| 60. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 8/15 | L | | |
| 61. -Vanugard Tlt Int Index | E | Dividend | O | T | Buy | 9/22 | M | | |
| 62. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 1/15 | L | | |
| 63. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 1/22 | L | | |
| 64. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 1/23 | L | | |
| 65 -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 3/7 | K | | |
| 66. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 4/15 | K | | |
| 67. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 5/15 | K | | |
| 68 -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/11 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/20 | K | | |
| 70. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/26 | K | | |
| 71. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 7/15 | K | | |
| 72. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 8/15 | K | | |
| 73. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 9/15 | M | | |
| 74. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 9/22 | K | | |
| 75. -Vanguard Tlt Stk Ix Adm | | | | | Sold (part) | 11/18 | N | | |
| 76. -Vanguard Tlt Stk Ix Adm | | | | | Sold | 11/18 | L | | |
| 77. -Vanguard Tlt Stk Ix Adm | D | Dividend | | | | | | | |
| 78. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy | 1/15 | L | | |
| 79. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 1/22 | M | | |
| 80. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 1/23 | M | | |
| 81. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 3/7 | L | | |
| 82. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 4/15 | L | | |
| 83. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 9/22 | M | | |
| 84. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 11/18 | K | | |
| 85 -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 11/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -Vanguard Tax Managed Cap Appreciation Adm | D | Dividend | O | T | | | | | |
| 87. Vanguard Account #2 (includes 88-113) | | | | | | | | | |
| 88. -Ishares TR S&P Global Utilities Index FD-3000 shares | C | Dividend | | | Sold | 7/8 | M | D | |
| 89. -Powershares DB Multisector Com. TR Power Shares DB Energy | | | | | Sold | 6/5 | N | | |
| 90. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | | | | | Sold | 6/5 | N | | |
| 91. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/1 | P1 | | |
| 92. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/1 | K | | |
| 93. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/9 | K | | |
| 94. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/8 | M | | |
| 95. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/9 | L | | |
| 96. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/9 | L | | |
| 97. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 9/16 | M | | |
| 98. -Vanguard Prime Money Mkt Fund | D | Dividend | | | Sold | 9/17 | M | | |
| 99. -Vanguard Int Tax Ex Inv | | | | | Buy | 5/13 | K | | |
| 100. -Vanguard Int Tax Ex Inv | A | Dividend | | | Sold | 7/9 | K | A | |
| 101. -Vanguard Int Tax Ex Adm | | | | | Sold (part) | 2/1 | N | A | |
| 102. -Vanguard Int Tax Ex Adm | | | | | Sold (part) | 5/13 | K | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -Vanguard Int Tax Ex Adm | | | | | Buy (add'l) | 7/9 | L | | |
| 104. -Vanguard Int Tax Ex Adm | | | | | Redeemed (part) | 7/11 | M | A | |
| 105. -Vanguard Int Tax Ex Adm | C | Dividend | M | T | Buy (add'l) | 9/17 | M | | |
| 106. -Vanguard Ltd Term Tax Ex Investor | | | | | Buy | 5/13 | L | | |
| 107. -Vanguard Ltd Term Tax Ex Investor | | | | | Buy (add'l) | 6/9 | K | | |
| 108. -Vanguard Ltd Term Tax Ex Investor | A | Dividend | | | Sold | 7/9 | L | A | |
| 109. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Sold (part) | 2/1 | P1 | | |
| 110. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Sold (part) | 5/13 | L | A | |
| 111. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Buy (add'l) | 7/9 | L | | |
| 112. -Vanguard Ltd-Term Tax-Exempt Adm | | | | | Buy (add'l) | 7/9 | L | | |
| 113. -Vanguard Ltd-Term Tax-Exempt Adm | D | Dividend | M | T | Redeemed (part) | 7/11 | L | | |
| 114. Schwab & Vanguard Account #3 (includes 115-117) | | | | | | | | | |
| 115. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Sold | 9/29 | K | | |
| 116. -Vanguard Tax Ex MM | | | | | Buy | 9/29 | K | | |
| 117. -Vanguard Tax Ex MM | A | Dividend | M | T | Buy (add'l) | 9/30 | M | | |
| 118. Schwab & Vanguard IRA Rollover #1 (includes 119-135) | | | | | | | | | |
| 119 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | L | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | K | | |
| 121. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | K | | |
| 122. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/15 | K | | |
| 123. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/4 | K | | |
| 124. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | K | | |
| 125. -Vanguard Prime Money Mkt Fund | B | Dividend | | | Sold | 5/15 | M | | |
| 126. -Vanguard High-Yield Corp Fund Adm | E | Dividend | N | T | | | | | |
| 127. -Vanguard Strategic Equity Fund | D | Dividend | M | T | | | | | |
| 128. -Vanguard Primecap Adm | E | Dividend/ Dist. | N | T | | | | | |
| 129. -Vanguard Windsor II Fund Adm | | | | | Buy | 1/15 | L | | |
| 130. -Vanguard Windsor II Fund Adm | | | | | Buy (add'l) | 1/22 | K | | |
| 131. -Vanguard Windsor II Fund Adm | | | | | Buy (add'l) | 1/23 | K | | |
| 132. -Vanguard Windson II Fund Adm | | | | | Buy (add'l) | 2/15 | K | | |
| 133. -Vanguard Windsor II Fund Adm | | | | | Buy (add'l) | 3/4 | K | | |
| 134. -Vanguard Windsor II Fund Adm | | | | | Buy (add'l) | 4/15 | K | | |
| 135. -Vanguard Windsor II Fund Adm | D | Dividend | N | T | Buy (add'l) | 5/15 | M | | |
| 136. Schwab & Vanguard IRA #1 (includes 137) | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. -Vanguard Windsor II Fund Adm | - C | Dividend | L | T | | | | | |
| 138. Trust #1 (includes 139-141) | | | | | | | | | |
| 139. -Vanguard Prime Money Mkt Fund | D | Dividend | M | T | Sold (part) | 1/23 | K | | |
| 140. -Vanguard Tlt Stk Ix Inv | A | Dividend | K | T | Buy | 1/23 | K | | |
| 141. -Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 142. Trust #2 (includes 143-169) | | | | | | | | | |
| 143. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | L | | |
| 144. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | K | | |
| 145. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | K | | |
| 146. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/1 | J | | |
| 147. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/1 | J | | |
| 148. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/15 | K | | |
| 149. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/7 | K | | |
| 150. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | K | | |
| 151. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | K | | |
| 152. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | K | | |
| 153. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/26 | K | | |

| 1. Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 9/15 | K | | |
| 155. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 9/15 | J | | |
| 156. -Vanguard Prime Money Mkt Fund | C | Dividend | | | Sold | 10/20 | J | | |
| 157. -Vanguard Tlt Int Index | | | | | Buy | 6/11 | K | | |
| 158. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/20 | K | | |
| 159. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/28 | K | | |
| 160. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 9/15 | K | | |
| 161. -Vanguard Tlt Int Index | | | | | Buy (add'l) | 9/15 | J | | |
| 162. -Vanguard Tlt Int Index | B | Dividend | L | T | Buy (add'l) | 10/20 | J | | |
| 163. -Vanguard Tlt Stk Ix Adm | | | | | Buy | 1/15 | L | | |
| 164. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 1/22 | K | | |
| 165. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 1/23 | K | | |
| 166. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 2/15 | K | | |
| 167. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 3/7 | K | | |
| 168. -Vanguard Tlt Stk Ix Adm | D | Dividend | N | T | Buy (add'l) | 4/15 | K | | |
| 169. -Pioneer Natural Resources | A | Dividend | J | W | | | | | |
| 170. Vanguard Trust #3 (includes 171-209) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. -Ishares TR S&P Global Utilities Index Fd | A | Dividend | | | Sold | 7/8 | J | A | |
| 172. -Powershares DB Multisector Com. TR Power Shares DB Engergy | | | | | Sold | 7/1 | K | A | |
| 173. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | A | Dividend | | | Sold | 7/8 | J | A | |
| 174. -Wisdomtree TR Intl Comm. Sector FD | | | | | Sold | 12/18 | J | A | |
| 175. -Harbor Int'l Fund | | | | | Sold | 12/16 | K | A | |
| 176. -Pimco Total Return Fund | D | Dividend/ Dist. | | | Sold | 12/16 | L | A | |
| 177. -Vanguard Prime Money Mkt Fund | | | | | Buy | 1/2 | J | | |
| 178. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/4 | J | | |
| 179. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/8 | J | | |
| 180. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 1/10 | J | | |
| 181. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/11 | J | | |
| 182. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 2/4 | J | | |
| 183 -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 3/4 | J | | |
| 184. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 3/19 | K | | |
| 185 -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 4/2 | J | | |
| 186. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 5/2 | J | | |
| 187. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 5/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/3 | J | | |
| 189 -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 6/23 | J | | |
| 190. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/27 | J | | |
| 191. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/1 | K | | |
| 192. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/2 | J | | |
| 193. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/8 | K | | |
| 194. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 8/4 | J | | |
| 195. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 9/3 | J | | |
| 196. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 9/18 | J | | |
| 197. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 10/2 | J | | |
| 198. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 10/3 | J | | |
| 199. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 11/4 | J | | |
| 200 -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/2 | J | | |
| 201. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/12 | J | | |
| 202. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/16 | M | | |
| 203. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/18 | J | | |
| 204. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 12/18 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 12/18 | K | | |
| 206. -Vanguard Prime Money Mkt Fund | B | Dividend | L | T | Sold (part) | 12/18 | L | | |
| 207. -Vanguard Int Tax Ex Inv | A | Dividend | L | T | Buy | 12/18 | L | | |
| 208. -Vanguard Tlt Int Index | A | Dividend | K | T | Buy | 12/18 | L | | |
| 209. -Vanguard Tlt Stk Ix Inv | A | Dividend | L | T | Buy | 12/18 | K | | |
| 210. Vanguard Trust #4 (includes 211-261) | | | | | | | | | |
| 211. -Ishares TR S&P Global Utilities Index FD | A | Dividend | | | Sold | 7/8 | J | A | |
| 212. -Claymore Exchange Traded TR BNY Brazil Russia India & China | | | | | Sold | 12/18 | J | A | |
| 213. -Harbor International Fund | | | | | Sold | 12/16 | K | A | |
| 214. -Ishares MSCI Brazil Free Index | A | Dividend/ Dist. | | | Sold | 12/18 | J | A | |
| 215. -Ishares TR MSCI EAFE Index FD | A | Dividend | | | Sold | 12/18 | J | A | |
| 216. -Ishares TR Dow Jones Telecommunications Sector Index FD | A | Dividend | | | Sold | 12/18 | J | A | |
| 217. -Pimco Total Return Fund | B | Dividend/ Dist. | | | Sold | 12/16 | J | A | |
| 218. -Powershares DB Multisector Com TR Power Shares DB Energy | | | | | Sold | 7/1 | K | C | |
| 219. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | A | Dividend | | | Sold | 7/1 | J | A | |
| 220. -Wisdomtree TR Intl Comm. Sector FD | | | | | Sold | 12/18 | J | A | |
| 221. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/2 | J | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/3 | J | | |
| 223. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/4 | J | | |
| 224. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/8 | J | | |
| 225. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 1/9 | J | | |
| 226. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 1/11 | J | | |
| 227. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 2/4 | J | | |
| 228. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 3/4 | J | | |
| 229. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 3/31 | J | | |
| 230. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 4/2 | J | | |
| 231. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 5/2 | J | | |
| 232. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 5/28 | J | | |
| 233. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/3 | J | | |
| 234. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 6/6 | J | | |
| 235. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 6/23 | J | | |
| 236 -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/27 | J | | |
| 237. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 6/30 | J | | |
| 238. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/1 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes· (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/2 | J | | |
| 240. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/7 | J | | |
| 241. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 7/8 | J | | |
| 242. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/15 | K | | |
| 243. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 7/15 | K | | |
| 244. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 7/28 | J | | |
| 245. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 8/4 | J | | |
| 246. -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 8/4 | K | | |
| 247. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 9/3 | J | | |
| 248 -Vanguard Prime Money Mkt Fund | | | | | Redeemed (part) | 9/18 | J | | |
| 249. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 9/30 | J | | |
| 250. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 10/2 | J | | |
| 251. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 11/4 | J | | |
| 252. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 12/1 | J | | |
| 253. -Vangurad Prime Money Mkt Fund | | | | | Buy (add'l) | 12/2 | J | | |
| 254. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/12 | J | | |
| 255. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/16 | K | | |

| 1. Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 12/18 | L | | |
| 257. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 12/19 | K | | |
| 258. -Vanguard Prime Money Mkt Fund | B | Dividend | K | T | Sold (part) | 12/19 | L | | |
| 259. -Vanguard Int Tax Ex Inv | A | Dividend | K | T | Buy | 7/15 | K | | |
| 260. -Vanguard Int'l Stk Idx | A | Dividend | K | T | Buy | 12/19 | K | | |
| 261. -Vanguard Tlt Stk Ix Inv | A | Dividend | L | T | Buy | 12/19 | L | | |
| 262. Schwab & Vanguard SEP IRA #1 (includes 263) | | | | | | | | | |
| 263. -Vanguard Windsor II Fund Inv | B | Dividend | L | T | | | | | |
| 264. Schwab & Vanguard IRA Rollover #2 (includes 265-281) | | | | | | | | | |
| 265. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/15 | K | | |
| 266. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/22 | K | | |
| 267. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 1/23 | K | | |
| 268. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/15 | K | | |
| 269. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/4 | K | | |
| 270. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | K | | |
| 271 -Vanguard Prime Money Mkt Fund | | | | | Sold | 5/15 | M | | |
| 272. -Vanguard Prime Money Mkt Fund | C | Dividend | | | | | | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -Vanguard PRIMECAP Adm | E | Dividend | M | T | | | | | |
| 274. -Vanguard High Yield Corp Adm | E | Dividend/ Dist. | N | T | | | | | |
| 275. -Vanguard Explorer Adm | | | | | Buy (add'l) | 1/15 | K | | |
| 276. -Vanguard Explorer Adm | | | | | Buy (add'l) | 1/22 | K | | |
| 277. -Vanguard Explorer Adm | | | | | Buy (add'l) | 1/23 | K | | |
| 278. -Vanguard Explorer Adm | | | | | Buy (add'l) | 2/15 | K | | |
| 279. -Vanguard Explorer Adm | | | | | Buy (add'l) | 3/4 | K | | |
| 280. -Vanguard Explorer Adm | | | | | Buy (add'l) | 4/15 | K | | |
| 281. -Vanguard Explorer Adm | C | Dividend | N | T | Buy (add'l) | 5/15 | M | | |
| 282. Schwab & Vanguard IRA #2 (includes 283-287) | | | | | | | | | |
| 283. -Vanguard Windsor II Inv | C | Dividend | L | T | | | | | |
| 284 401k-Fidelity | | None | O | T | | | | | |
| 285. Lexington Corp. Properties Trust (REIT) | A | Dividend | J | T | | | | | |
| 286. JP Morgan Chase | A | Interest | J | T | | | | | |
| 287. Comerica | | None | K | T | | | | | |
| 288. Vanguard Trust #1 (includes 289-294) | | | | | | | | | |
| 289. -GM Accep Corp | A | Dividend | J | T | Buy | 7/8 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. -Gateway Fund Class A | A | Dividend | K | T | Buy | 7/11 | K | | |
| 291. -ING Prime Rate TR | A | Dividend | J | T | Buy | 7/11 | J | | |
| 292. -Vanguard Tax EX MM | | | | | Buy | 7/8 | L | | |
| 293. -Vanguard Tax Ex MM | | | | | Redeemed (part) | 12/16 | J | | |
| 294. -Vanguard Tax EX MM | A | Dividend | L | T | Buy (add'l) | 12/22 | L | | |
| 295. Vanguard Trust #2 (includes 296-301 | | | | | | | | | |
| 296. -GM Accep Corp | A | Dividend | J | T | Buy | 7/8 | J | | |
| 297. -Gateway Fund Class A | A | Dividend | K | T | Buy | 7/11 | L | | |
| 298. -ING Prime Rate TR | A | Dividend | J | T | Buy | 7/11 | J | | |
| 299. -Vanguard Tax Ex MM | | | | | Buy | 7/8 | L | | |
| 300. -Vanguard Tax Ex MM | | | | | Redeemed (part) | 12/16 | K | | |
| 301. -Vanguard Tax Ex MM | A | Dividend | L | T | Buy (add'l) | 12/22 | J | | |
| 302. Investments Ltd (includes 303-383) | | | | | | | | | |
| 303. -Powershares DB Multisector | | | | | Buy | 6/5 | N | | |
| 304. -Powershares DB Multisector | | | | | Sold | 6/26 | N | C | |
| 305. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | | | | | Buy | 6/5 | N | | |
| 306. -SPDR SER TR S&P Oil Gas Expl & Prodtn ETF | | | | | Sold | 7/2 | N | C | |

| 1 Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 2/1 | J | | |
| 308. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 2/1 | P1 | | |
| 309. -Vanguard Prime Money Mkt Fund | | | | | Buy (add'l) | 2/4 | K | | |
| 310. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/15 | L | | |
| 311. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/15 | L | | |
| 312. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 2/29 | L | | |
| 313. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/4 | L | | |
| 314. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 3/4 | L | | |
| 315. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 4/15 | L | | |
| 316. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/1 | L | | |
| 317. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | L | | |
| 318. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | K | | |
| 319 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/11 | L | | |
| 320 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | K | | |
| 321. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | L | | |
| 322. -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/20 | L | | |
| 323 -Vanguard Prime Money Mkt Fund | | | | | Sold (part) | 6/26 | K | | |

| 1. Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 324.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 6/26 | L | | |
| 325.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 6/26 | L | | |
| 326.  -Vanguard Prime Money Mkt Fund | | | | | Buy<br>(add'l) | 7/1 | N | | |
| 327.  -Vanguard Prime Money Mkt Fund | | | | | Buy<br>(add'l) | 7/2 | J | | |
| 328.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/2 | N | | |
| 329.  -Vanguard Prime Money Mkt Fund | | | | | Buy<br>(add'l) | 7/7 | J | | |
| 330.  -Vanguard Prime Money Mkt Fund | | | | | Buy<br>(add'l) | 7/8 | N | | |
| 331.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/9 | M | | |
| 332.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/9 | M | | |
| 333.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/15 | K | | |
| 334.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/15 | L | | |
| 335   -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 7/15 | L | | |
| 336.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 8/14 | J | | |
| 337.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 8/14 | K | | |
| 338.  -Vanguard Prime Money Mkt Fund | | | | | Sold<br>(part) | 9/15 | K | | |
| 339   -Vanguard Prime Money Mkt Fund | E | Dividend | | | Sold | 9/15 | N | | |
| 340.  -Vanguard Int Tax Ex Adm | | | | | Buy | 2/1 | N | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. -Vanguard Int Tax Ex Adm | | | | | Sold (part) | 11/18 | M | | |
| 342. -Vanguard Int Tax Ex Adm | D | Dividend | | | Sold | 11/18 | M | | |
| 343. -Vanguard Ltd Term Tax Ex Adm | | | | | Buy | 2/1 | P1 | | |
| 344. -Vanguard Ltd Term Tax Ex Adm | | | | | Sold (part) | 9/15 | M | | |
| 345. -Vanguard Ltd Term Tax Ex Adm | | | | | Buy (add'l) | 11/18 | L | | |
| 346. -Vanguard Ltd Term Tax Ex Adm | F | Dividend | P1 | T | Buy (add'l) | 11/18 | M | | |
| 347. -Vanguard Ext Mkt Idx Adm | C | Dividend | M | T | Buy | 12/15 | M | | |
| 348. -Vanguard Ext Mkt Idx Inv | | | | | Buy (add'l) | 11/18 | L | | |
| 349. -Vanguard Ext Mkt Idx Inv | | | | | Buy (add'l) | 11/18 | M | | |
| 350. -Vanguard Ext Mkt Idx Inv | | | | | Sold | 12/15 | M | | |
| 351. -Vanguard 500 Idx Inv | | | | | Sold (part) | 11/18 | O | | |
| 352. -Vanguard 500 Idx Inv | | | | | Sold (part) | 12/15 | O | | |
| 353. -Vanguard 500 Idx Inv | D | Dividend | O | T | Buy (add'l) | 12/15 | O | | |
| 354 -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy | 6/11 | L | | |
| 355. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 6/20 | L | | |
| 356. -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 6/28 | L | | |
| 357 -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 7/9 | L | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 7/15 | L | | |
| 359.  -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 8/14 | K | | |
| 360.  -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 9/15 | M | | |
| 361.  -Vanguard Tax Managed Cap Appreciation Adm | | | | | Buy (add'l) | 11/18 | M | | |
| 362.  -Vanguard Tax Managed Cap Appreciation Adm | E | Dividend | O | T | Buy (add'l) | 11/18 | M | | |
| 363.  -Vanguard Tlt Int Index | | | | | Buy | 2/15 | M | | |
| 364.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 3/4 | L | | |
| 365.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 4/15 | L | | |
| 366.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/11 | K | | |
| 367.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/20 | K | | |
| 368.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 6/26 | K | | |
| 369   -Vanguard Tlt Int Index | | | | | Buy (add'l) | 7/15 | K | | |
| 370.  -Vanguard Tlt Int Index | | | | | Buy (add'l) | 8/14 | J | | |
| 371.  -Vanguard Tlt Int Index | E | Dividend | O | T | Buy (add'l) | 9/15 | N | | |
| 372.  -Vanguard Tlt Stk Ix Adm | | | | | Buy | 2/15 | L | | |
| 373.  -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 3/4 | K | | |
| 374.  -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 4/15 | L | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g , div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/11 | L | | |
| 376. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/20 | L | | |
| 377. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 6/26 | L | | |
| 378. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 7/2 | N | | |
| 379. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 7/9 | M | | |
| 380. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 7/15 | L | | |
| 381. -Vanguard Tlt Stk Ix Adm | | | | | Buy (add'l) | 8/14 | K | | |
| 382. -Vanguard Tlt Stk Ix Adm | | | | | Sold (part) | 11/18 | O | | |
| 383. -Vanguard Tlt Stk Ix Adm | D | Dividend | | | Sold | 11/18 | M | | |
| 384. Management Ltd (includes 385-386) | | | | | | | | | |
| 385. -Vanguard Prime Money Mkt Fund | | | | | Buy | 2/1 | K | | |
| 386. -Vanguard Prime Money Mkt Fund | A | Dividend | | | Sold | 2/4 | K | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lynn, Barbara M. | 08/04/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

This year we disposed of a very significant portion of our investments. I relied on our financial advisor in the implementation, accounting and recording of these transactions.

VII. Investments and Trusts.

Lines 39-40: Listed as Vanguard Insured Term Tax-Exempt on 2007 Report
Lines 43-46, 101-105: Listed as Inter Term Tax-Exempt Adm on 2007 Report
Lines 115, 139, 143-156, 177-206, 221-258: Listed as Prime Money Mkt Fund on 2007 Report
Lines 126, 274: Listed as High-Yield Corp Fund Adm on 2007 Report
Line 127: Listed as Strategic Equity Fund on 2007 Report
Lines 128, 273: Listed as PRIMECAP Fund Admiral on 2007 Report
Lines 129-135: Listed as Windsor II Fund on 2007 Report
Lines 137, 265, 285: Listed as Windsor II Fund Inv on 2007 Report
Lines 163-168. Listed as Total Stock Mkt Idx Adm on 2007 Report
Lines 275-281: Listed as Explorer Fund Admiral on 2007 Report

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544